UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/8/2021
```

STARR INDEMNITY & LIABILITY COMPANY
a/s/o BBC International LLC, Jacques Moret Inc.,
Love 2 Design LLC, Medline Industries, Inc.,
FKA Brands/Homedics and/or Homedics USA
LLC, Delta Galil USA Inc., Resideo Technologies,
Inc., and Greenlane; and LIBERTY MUTUAL
INSURANCE COMPANY a/s/o Blue Star Clothing
Co. Inc., Coaster Co. of America and Coaster
International Corp., IDP LLC dba Integrated
Design Products and Houseware Brands LLC,
Wyndham Collection, Inc., and SRS International
Group LLC,

               Plaintiffs,

      -against-

TRUST FREIGHT SERVICES, INC., ALL-WAYS
FORWARDING INT'L INC., SEA GATE
LOGISTICS, INC., YANG MING MARINE
TRANSPORT CORP., MASTERPIECE
INTERNATIONAL LIMITED, LLC, KUEHNE +
NAGEL INC. d/b/a BLUE ANCHOR AMERICA
LINE, UNITED GLOBAL LOGISTICS, INC.,
DANMAR LINES LTD. a/k/a DANMAR LINES
AG, US PACIFIC TRANSPORT, INC., and
ORIENT EXPRESS CONTAINER CO., LTD.,

               Defendant.

21 Civ. 9370 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.  The parties are encouraged to engage in discovery through remote means at every available opportunity.

      SO ORDERED.

Dated:  December 8, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge