UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020<br><br>*This Document Relates to All Actions* | 22 MD 3028 (PAE)<br><br><u>ORDER No. 9</u> |

PAUL A. ENGELMAYER, District Judge:

The following cases have been pending for more than three years. The Court expects counsel to act with **special urgency** to promptly resolve them:

- 21 Civ. 9370, *Starr Indem. & Liab. Co. v. Trust Freight Servs., Inc.*

- 21 Civ. 9980, *De Well Container Shipping, Inc. v. Chidori Ship Holding LLC.*

- 21 Civ. 10154, *All-Ways Forwarding Int'l Inc. v. M/V ONE Apus.*

- 21 Civ. 10172, *Roanoke Ins. Grp., Inc. v. Kuehne Nagel Inc.*

- 21 Civ. 10177, *XL Ins. Co., (AXA) v. All-Ways Forwarding Int'l Inc.*

- 21 Civ. 10183, *Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Kuehne + Nagel, Inc.*

- 21 Civ. 10598, *DHL Global Forwarding (Thailand) Ltd. v. Vanguard Logistics Services (Hong Kong) Ltd.*

- 22 Civ. 1815, *Apex Mar. Co., Inc. v. M/V One Apus in rem.*

- 22 Civ. 2678, *Munich Re Syndicate Ltd., Underwriters at Lloyd's v. Shipco Transp.*

- 22 Civ. 4403, *AGCS Marine Ins. Co. v. Expeditors Int'l of Washington, Inc.*

- 22 Civ. 4609, *D.A. Direct, Inc. v. China Int'l Freight Co., Ltd.*

- 22 Civ. 5220, *AIT Worldwide Logistics, Inc. v. M/V ONE APUS in rem.*
- 22 Civ. 5221, *C.H. Robinson Int'l Inc. v. M/V ONE APUS.*
- 22 Civ. 5228, *Navigators Mgmt. Co., Inc. v. Worldbridge Logistics, Inc.*
- 22 Civ. 5233, *Liberty Mut. Ins. Co. v. Expeditors Int'l Ocean Inc.*
- 22 Civ. 5241, *Navigators Mgmt. Co., Inc. v. R.I.M. Logistics, LTD.*
- 22 Civ. 5245, *Fed. Ins. Co. v. AIT Worldwide Logistics, Inc.*
- 22 Civ. 5269, *Liberty Mut. Ins. Co. v. CNK Line and Logistics Co, Ltd.*
- 22 Civ. 5277, *Atlantic Specialty Ins. Co. v. Apex Logistics Int'l Inc.*
- 22 Civ. 6384, *Liberty Mut. Ins. Co. v. Am. Int'l Cargo Serv., Inc.*
- 22 Civ. 6990, *UPS Asia Grp. PTE. Ltd. v. Solaray, LLC.*
- 22 Civ. 8115, *UPS Asia Grp. Pte. Ltd. v. Shenzhen Eva Mould Mfg. Co. Ltd.*
- 22 Civ. 5233, *Mitsui Sumitomo Ins. Co. of America v. M/V One Apus.*

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2025
New York, New York

2